HON. J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>SSTREAMBOX INC.,<br><br>Defendant. | CASE NO. 21-CV-0713-JRC<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff states that it is a limited liability company.  It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

DATED this 3Rd day of April, 2021.

By: s/ *Philip P. Mann*
Philip P. Mann,  WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:

CORPORATE DISCLOSURE
21-cv-0713-1

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

David deBruin (No. 4846)
(pro hac forthcoming)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
email: ddebruin@gawthrop.com

**Attorneys for Plaintiff
Nitetek Licensing LLC**

CORPORATE DISCLOSURE
21-cv-0713-2

M<small>ANN</small> L<small>AW</small> G<small>ROUP</small> <small>PLLC</small>
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: June 3, 2021                    /s/ *Philip P. Mann*

CORPORATE DISCLOSURE
21-cv-0713-3

Mann Law Group PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900